(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL #42500**
**NUTTALL COLEMAN & WILSON**
2445 Capitol Ste. 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
alma@nuttallcoleman.com

ATTORNEYS FOR DEFENDANT
**RAY SHANNON POOL**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>RAY SHANNON POOL,<br><br>                    Defendant. | Case No.: **1:12-CR-00004 AWI DLB**<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Status Conference currently scheduled for May 14, 2012, at 1:00 p.m. be continued to **June 11, 2012, at 1:00 p.m.** before the Honorable DENNIS L. BECK.

In mid-March a proposed plea agreement was submitted to counsel which had been reviewed.  The said plea agreement was misplaced within counsel's office wherein we requested of the United States Attorney a copy of said proposal.  We have been in the process of assessing the proposed plea agreement for purposes of further settlement discussions with Assistant United States Attorney Stan Boone.

Currently we are awaiting the opportunity to view the evidence seized in this case and to have further discussion with Mr. Boone thereafter.

Accordingly, counsel respectfully requests that the Status Conference on Ray Shannon Pool's case be continued to June 11, 2012, at 1:00 p.m.

The parties agree that time can be excluded under the Speedy Trial Act from May 14, 2012, to, and including, June 11, 2012, based upon the defendant's need to adequately review the plea and discovery in his case and that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove noted date. Counsel's office has communicated with Assistant U.S. Attorney, Stan Boone, who has expressed no objection to the instant request.

DATED: May 9, 2012.        NUTTALL COLEMAN & WILSON

                           BY:   /s/ Roger T. Nuttall
                                 ROGER T. NUTTALL
                                 Attorneys for Defendant
                                 RAY SHANNON POOL

DATED: May 9, 2012.        BY:   /s/ Stan Boone
                                 Assistant U.S. Attorney

## O R D E R

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from May 14, 2012, to, and including, June 11, 2012, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**IT IS ORDERED** that the Status Conference currently scheduled on May 14, 2012, at 1:00 p.m. is continued to **June 11, 2012, at 1:00 p.m.**

IT IS SO ORDERED.

Dated:   **May 10, 2012**            /s/ Dennis L. Beck
                                     UNITED STATES MAGISTRATE JUDGE

**NUTTALL COLEMAN & WILSON**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900