**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR  Defendant, RAY POOL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:12-cr-0004-AWI-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER** |
| vs. | |
| RAY SHANNON POOL, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties herein, that the sentencing hearing currently scheduled for January 7, 2013, be continued to Tuesday, January 22, 2013, at 10:00 a.m.

**IT IS ALSO STIPULATED** by and between the parties herein, that Defendant's informal objections to the Presentence Report shall become due on January 4, 2013, and Defendant's formal objections shall become due on January 16, 2013.

Counsel has been in continuous trials and has been unable to devote the time necessary to fully and effectively do all that is necessary to represent the client herein.

///

///

1  Accordingly, counsel respectfully requests that the
2 sentencing hearing on RAY SHANNON POOL's case be continued to
3 January 22, 2013, at 10:00 a.m.
4  Under the circumstances set forth herein, it is respectfully
5 suggested that good cause does exist for a continuance to the
6 hereinabove noted date.  Counsel's office has communicated with
7 Assistant U.S. Attorney Brian Enos, who has expressed no
8 objection to the instant request.
9  Any delay resulting from this continuance shall be excluded
10 from the Speedy Trial Act provisions in the interests of justice,
11 and the ends of justice in endorsing this stipulation through
12 formal order outweighs the interests of defendant and the public
13 in a speedy trial.  See 18 U.S.C. sections 3161(h)(7)(A) and
14 3161(h)(7)(B)(ii).
15  IT IS SO STIPULATED.
16  Dated: December 18, 2012.  Respectfully submitted,
17                             NUTTALL & COLEMAN
18
19                             By /s/ ROGER T. NUTTALL
20                                ROGER T. NUTTALL
                                  Attorney for Defendant,
                                  RAY SHANNON POOL
21
22  Dated: December 18, 2012.  BENJAMIN B. WAGNER
                               United States Attorney
23
24
                               By /s/ BRIAN W. ENOS
25                                BRIAN W. ENOS
                                  Assistant U.S. Attorney
26
27 ///
28 ///

2

**ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the sentencing hearing in this matter be reset to January 22, 2013, at 10:00 a.m.

IT IS SO ORDERED.

Dated:     December 18, 2012

UNITED STATES DISTRICT JUDGE